**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

STANLEY R. HENRICKSEN

Plaintiff,

vs. CV 00-766 RHK/RLE

COMISSIONER OF INTERNAL
REVENUE,

Defendant.

**NOTICE RESCHEDULING MOTION HEARING**

The Defendant's Motion to Dismiss is re-scheduled to Thursday, June 22, 2000 , at 2:30 PM, before Judge Richard H. Kyle, Courtroom #3 in Duluth Minnesota.

June 12, 2000

FRANCIS E. DOSAL
Clerk of U.S. District Court

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

JUN 12 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK