**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Stanley R. Henricksen,

Plaintiff,

v.

Civ. No. 00-0766 RHK/ RLE
**ORDER**

Commissioner of the Internal Revenue Service,

Defendant.

---

Before the Court is the Defendant Commissioner of the Internal Revenue Service's (hereinafter "the Government") request for a thirty-day continuance of the hearing on its Motion to Dismiss, currently scheduled for Thursday, June 22, 2000, in Duluth, Minnesota. The Government has requested the extension of time so that it may "retrieve the underlying documentation for tax years 1989, 1991, and 1993, evaluate the Plaintiff's claims [for a refund for those tax years] and, if appropriate, withdraw our motion to dismiss." (Letter dated June 19, 2000 from Robert S. Watkins, Chief, Civil Trial Section, Central Region to Hon. Richard H. Kyle (attached hereto)).

Based upon the Court's review of the file in this matter, **IT IS ORDERED THAT** the Government's request for a continuance is **GRANTED**. The June 22, 2000 hearing is removed from the calendar. The Government shall file with the Court and serve on Mr. Henricksen a reply memorandum on or before Thursday, July 20, 2000. If Mr. Henricksen wishes to respond to the Government's reply memorandum, he shall file with

FILED 6-19-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. —
DEPUTY CLERK das

the Court and serve upon the Government's counsel any such response on or before Friday, July 28, 2000. After the Court has received the supplemental memoranda from the parties, it will reschedule the hearing on the Government's Motion to Dismiss, if necessary.

Dated: June 19, 2000.

RICHARD H. KYLE
United States District Judge

# United States Department of Justice

Tax Division
*Civil Trial Section, Central Region*
*P.O. Box 7238 - Ben Franklin Station*
*Washington, D.C. 20044*
*Fax: (202) 514-6770*

## TELEFAX TO:

RECIPIENT'S NAME: Honorable Judge Kyle

AGENCY/FIRM: United States District Court

ADDRESS: District of Minnesota

TELEFAX NUMBER (651) 848-1162

## TELEFAX FROM:

SENDER'S NAME: Katja M. Eichinger

SECTION/DIVISION **U.S. DEPARTMENT OF JUSTICE, TAX DIVISION**
**CENTRAL TRIAL SECTION, CENTRAL REGION**
**P.O. BOX 7238, BEN FRANKLIN STATION**
**WASHINGTON, D.C. 20044**

TELEPHONE NUMBER: (202) 514-6508

TELEFAX NUMBER: (202) 514-6770

## SUBJECT/CASE:

## INSTRUCTIONS TO RECIPIENT:

Number of Pages (including this cover sheet): ____________

IF YOU HAVE ANY PROBLEMS RECEIVING THIS TELEFAX, PLEASE CONTACT

______________________________

**WARNING:** The information contained in this facsimile is confidential and may be subject to disclosure limitations under Rule 6(e) of the Federal Rules of Criminal Procedure and Section 6103 of the Internal Revenue Code. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify the sender identified above by telephone.

**U.S. Department of Justice**

**Tax Division**

*Please reply to:* *Civil Trial Section, Central Region*
*P.O. Box 7238*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-6770*
*Trial Attorney: Katja M. Eichinger*
*Attorney's Direct Line: (202) 307-0170*

PMJ:RSW:KMEichinger
5-39-5540
CMN 2000103477

June 19, 2000

**VIA FACSIMILE AND FIRST CLASS MAIL**
**(651)- 848-1162**

The Honorable Richard H. Kyle
United States District Court, District of Minnesota
417 Federal Building & Courthouse
515 West First Street
Duluth, MN 55802

In Re.: Stanley R. Henricksen v. Comm'r
Civil No. 00-766 (D Minn)

Dear Judge Kyle:

We have just received the Plaintiff's response to our motion to dismiss. Mr. Henricksen's response seems to indicate that he is seeking a refund for the tax years 1989, 1991, and 1993 and not 1994 as indicated by his complaint and may have filed a return claim for those three earlier years.[1] We request a 30-day extension of the hearing on the motion to dismiss, scheduled for June 22, 2000 at 2:30 p.m. in Duluth, Minnesota to retrieve the underlying documentation for tax years 1989, 1991 and 1993, evaluate the Plaintiff's claims and if appropriate withdraw our motion to dismiss.

---

[1]As previously indicated the complaint contains a typographical error by referring to 1984 instead of 1994.

Thank you for your assistance. You can contact our trial attorney Katja M. Eichinger at (202) 307-0170 or you can reach Seth Heald at (202) 514-6508.

Sincerely yours,

PAULA M. JUNGHANS
Acting Assistant Attorney General
Tax Division

By: [signature]

ROBERT S. WATKINS
Chief
Civil Trial Section,
Central Region

cc: Reid M. Huey, Esquire
District Counsel
Internal Revenue Service
Galtier Plaza, Suite 650, Box 90
175 East Fifth Street
St. Paul, Minnesota 55101
Attn.: Blaine C. Holiday

B. Todd Jones
United States Attorney
District of Minnesota
600 United States Courthouse
Minneapolis, MN 55414
Attn.: Roylene A. Champeaux

Stanley R. Henricksen
1928 Kent Road
Duluth, Minnesota 55812
**(via federal express)**