UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Stanley R. Henricksen,

Plaintiff,

Civil No. 00-766 (RHK/RLE)

vs.

**O R D E R**

Commissioner of Internal Revenue,

Defendant.

---

The hearing in the above matter scheduled for February 20, 2001 in Duluth, Minnesota is **CANCELED**, and the pending motions will be deemed submitted for resolution as of that date.

Dated: February 13, 2001

RICHARD H. KYLE
United States District Judge

FILED FEB 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________