# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Stanley R. Henricksen

Case No. Civil 00-766RHK/RLE

v.

**JUDGMENT IN A CIVIL CASE**

Commissioner of the IRS

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant's motion for summary judgment is **GRANTED**; plaintiff's motion for time-barred/summary judgment is **DENIED** and the complaint is **DISMISSED WITH PREJUDICE.**

DATE: April 12, 2001

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk