**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Stanley R. Henricksen,

Plaintiff,

v.

Commissioner of the Internal Revenue Service,

Defendant.

Civil No. 00-766 (RHK/RLE)

**MEMORANDUM OPINION AND ORDER**

---

Stanley R. Henricksen, pro se, Duluth, Minnesota, for Henricksen.

Katja M. Eichinger, Tax Division, United States Department of Justice, Washington, D.C., for Defendant.

---

Before the Court is a May 1, 2001 letter from Plaintiff Stanley Henricksen requesting reconsideration of the Court's April 11, 2001 Memorandum Opinion and Order denying his Motion for Time-Barred and granting the Commissioner's Motion for Summary Judgment.

Local Rule 7.1(g) provides that "[m]otions to reconsider are prohibited except by express permission of the Court, which will be granted only upon a showing of compelling circumstances." Upon reviewing the letter from Plaintiff, together with all of the files, records, and proceedings herein, the Court concludes that compelling circumstances which warrant a motion for reconsideration are not present. Accordingly,

FILED MAY 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

the Plaintiff's request for leave to bring a motion for reconsideration is hereby **DENIED**.

May 4, 2001

RICHARD H. KYLE
United States District Judge